FILED
AUG 22 2019
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | No. S2- 4:18 CR 332 RLW (PLC) |
| | ) | |
| v. | ) | |
| | ) | |
| WILLIAM PETER ANDERSON, a/k/a "Kill Bill," and GARY SCOTT HANCOCK, | ) | |
| | ) | |
| Defendants. | ) | |

**SECOND SUPERSEDING INDICTMENT**

**COUNT I**

The Grand Jury charges that:

On or about April 10, 2018, within the Eastern District of Missouri, the defendant,

**WILLIAM PETER ANDERSON, a/k/a "Kill Bill,"**

did knowingly and intentionally distribute Fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a), and punishable under Title 21, United States Code, Section 841(b)(1)(C).

**COUNT II**

The Grand Jury further charges that:

On or about April 17, 2018, within the Eastern District of Missouri, the defendant,

**WILLIAM PETER ANDERSON, a/k/a "Kill Bill,"**

did knowingly and intentionally distribute Fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a), and punishable under Title 21, United States Code, Section 841(b)(1)(C).

**COUNT III**

The Grand Jury further charges that:

On or about March 5, 2018, within the Eastern District of Missouri, the defendant,

**WILLIAM PETER ANDERSON, a/k/a "Kill Bill," and GARY SCOTT HANCOCK,**

did knowingly and intentionally distribute Fentanyl, a Schedule II controlled substance, to C.P., a person whose identity is known to the Grand Jury, in violation of Title 21, United States Code, Section 841(a) and Title 18, United States Code, Section 2, and;

that the death of C.P. resulted from the ingestion of such Fentanyl distributed by defendants and would not have occurred but for the ingestion of said Fentanyl, making the offense punishable under Title 21, United States Code, Section 841(b)(1)(C).

**COUNT IV**

The Grand Jury further charges that:

Beginning on an unknown date in or about February 2018, within the Eastern District of Missouri, the defendants,

**WILLIAM PETER ANDERSON, a/k/a "Kill Bill," and GARY SCOTT HANCOCK,**

did knowingly and intentionally combine, conspire, confederate and agree with each other and with other persons known and unknown to the Grand Jury to commit the following offense against the United States: to knowingly and intentionally distribute Fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1);

all in violation of Title 21, United States Code, Section 846 and punishable under Title 21, United States Code, Section 841(b)(1)(C).

A TRUE BILL.

______________________________
FOREPERSON

JEFFREY B. JENSEN
United States Attorney

______________________________
SIRENA MILLER WISSLER #55374MO
Assistant United States Attorney
111 South 10th Street, Room 20.333
St. Louis, MO 63102
(314) 539-2200