IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.  4:18 CR 332 RLW |
| | ) | |
| v. | ) | |
| | ) | |
| GARY SCOTT HANCOCK, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

GOVERNMENT'S MOTION TO DISMISS AS TO
DEFENDANT GARY SCOTT HANCOCK

COMES NOW the Plaintiff, United States of America, through its attorneys Sayler A. Fleming, United States Attorney for the Eastern District of Missouri, and Sirena Miller Wissler, Assistant United States Attorney for said district, and moves to dismiss the instant case as to defendant Gary Scott Hancock only.  This motion is made as part of a global negotiated settlement.  Defendant Hancock has entered a plea of guilty before this Court in case 4:19 CR 00146 RLW and has agreed to the imposition of a 240-month sentence in that matter, in exchange for which the government has agreed to move to dismiss the instant case.  The United States submits that the imposition of the 240-month sentence in case 4:19 CR 00146 RLW is sufficient but not greater than necessary to vindicate the government's interests in both matters and, as a matter of judicial economy, dismissal is both reasonable and appropriate.

## CONCLUSION

For the foregoing reasons, the government respectfully requests that the Court enter an order of dismissal as to defendant Gary Scott Hancock only.

Respectfully submitted,

SAYLER A. FLEMING
UNITED STATES ATTORNEY

/s/ Sirena Miller Wissler
SIRENA MILLER WISSLER  #55374MO
Assistant United States Attorney
111 S. 10th Street, 20th Floor
St. Louis, MO  63102
Sirena.wissler@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of April, 2021, I filed the foregoing with the Clerk of the Court by way of the Court's electronic filing system, to be served upon Matthew A. Radefeld, counsel for defendant Gary Scott Hancock.

/s/  Sirena Miller Wissler
Sirena Miller Wissler  #55374MO